# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Cr. No. 0 5 - 1 0 0 5 1 - T |
| v. ) | |
| ) | |
| DANNY BERNARD DAVIS, ) | |
| Defendant. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **DANNY BERNARD DAVIS,** now being detained in the Madison County Jail, appear before the Honorable S. Thomas Anderson on TUESDAY, 08/09/05, at 2:00 a.m./p.m. for initial appearance for such other appearances as this Court may direct.

Respectfully submitted this 26th day of July 2005.

JAMES W. POWELL
Assistant U. S. Attorney

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Madison County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **DANNY BERNARD DAVIS,** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this 26th day of July 2005.

S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/28/05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10051 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT