# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                No. 05-10051-T

DANNY DAVIS,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for October 13, 2005, and the trial date which is currently scheduled for October 19, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from October 19, 2005, to January 23, 2006, at 9:30 A.M.</u> The resulting period of delay, from October 19, 2005, to January 23, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for January 9, 2006, at 9:00 a.m.

    IT IS SO ORDERED.

                                                    _____
                                                    JAMES D. TODD
                                                    UNITED STATES DISTRICT JUDGE

                                                    12 October 2005
                                                    DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CR-10051 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT